Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
Western District of Wisconsin

_____ Division

Case No. 22 CV 659 JDP

*(to be filled in by the Clerk's Office)*

Davenell L Ash

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Kelly Theimm, Chad halor, At, et

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

FILED/REC'D

2022 NOV 14  A 10: 36

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.  The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Davenell L Ash |
| Street Address | P.O.Box 7081 |
| City and County | St Loius County |
| State and Zip Code | Duluth, MN 55807 |
| Telephone Number | 763-401-3935 |
| E-mail Address | crownb1417@gmail.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

_____ Division

FILED/REC'D

2022 NOV 14  A 10: 39

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Case No. _____

*(to be filled in by the Clerk's Office)*

DAVENELL L ASH

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

State of Wisconsin

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DAVENELL L ASH |
| Street Address | P.O. Box 7081 |
| City and County | Duluth, MN 55807 |
| State and Zip Code | |
| Telephone Number | 763 401 3935 |
| E-mail Address | Crownb1417@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name                                  Kelly Thimm

Job or Title *(if known)*             Circuit court judge

Street Address

City and County                       Superior, WI 54880

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                                  Chad Lahor

Job or Title *(if known)*             prosecutor

Street Address

City and County

State and Zip Code                    Superior, WI 54880

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name                                  Officer Todd Carlson

Job or Title *(if known)*             Arresting officer

Street Address

City and County

State and Zip Code                    Superior, WI 54880

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name                                  Darcie La Flamme

Job or Title *(if known)*             informant

Street Address

City and County

State and Zip Code                    Superior, WI 54880

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(See Attachment A)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Davenue h Ash , is a citizen of the State of *(name)* Minnesota .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* (See page 2) , is a citizen of the State of *(name)* Wisconsin . Or is a citizen of *(foreign nation)* _____ .

  b. If the defendant is a corporation

   The defendant, *(name)* _____ , is incorporated under
   the laws of the State of *(name)* _____ , and has its
   principal place of business in the State of *(name)* _____ .
   Or is incorporated under the laws of *(foreign nation)* _____ ,
   and has its principal place of business in *(name)* _____ .

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Superior, Wisconsin
_____

B. What date and approximate time did the events giving rise to your claim(s) occur?

September 29, 2021   , 9-10 am   *9/22 & 10/22*
_____

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*10 million dollars*

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

*Superior, WI*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

*Sept 29, 2021  9-10 am.*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*



(See attachment A_B) & C

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

From prior harassment attacks it is apparent they are intended to maim and kill. If forced to incarcerate without intervention the harassment will cause fatal injury or the death of Pro Se Ash. All radiation attacks were directed to vital organs and the right side of Pro Se Ash's head to induce stroke, heart attacks etc. Pro Se Ash has been hospitalized due to these attacks.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Seeking an injuction relief and intervention from harassment torture/human trafficking/retalitory prosecation. Pro Se Ash will also be seeking 750,000 in punitive damages and 750,000 in compensatory damages for the 6 years of participation from the State of Wisconsin and the ongoing participation of this inhumane harassment. Pro Se Ash has only shared a small portion of the injuries received.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     11/10/22

Signature of Plaintiff

Printed Name of Plaintiff      Davenell L Ash

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Attachment A

Pro Se appellate, Davenell L Ash, a black female business owner, is seeking injunction relief due to prosecutorial misconduct by Kelly Thimm, a circuit court judge, located in Superior, Wisconsin (see State of Wisconsin vs Davenell L Ash, 2021CM000291), an entrapment sting operation executed by the Superior Police Dept with Officer Todd Carlson leading the sting operation. During the arrest Pro Se Ash asked Officer Carlson four times to retrieve the footage from the stalking and harassment Darcie LaFlamme perpetuated outside before she confronted Pro Se Ash inside the store. Officer Carlson agreed each time but when asked on the witness stand about the video he simply stated he didn't see anything which was hearsay. Judge Thimm then proceeded to maliciously prosecute Pro Se Ash for battery and carry a concealed weapon tho Pro Se Ash is on the register as a permit holder but due to the malicious prosecution will not be able to obtain her physical permit. Judge Kelly Thimm also spoke about the lack of proof during trial but still proceeded to prosecute Pro Se Ash regardless. Pro Se Ash's has 2 lawsuits (Ash vs State of Wisconsin 3:2022cv 00512) and current lawsuit (Ash vs Superior Police Dept 3:21cv 00317) seeking relief from inhumane harassment/torture/ human trafficking. Prosecuting attorney Chad LaLor then proceeded to withhold exculpatory evidence at trial while tampering with evidence not produced in discovery. During sentencing Chad LaLor suggested programming to add insult to injury to ensure the inhumane harassment will surely continue upon incarceration. Darcie LaFlamme was immediately added to the audio/electrical/video harassment after the arrest and can be heard making odd statements and threats. Darcie LaFlamme is still actively participating in all aspects of the ongoing harassment. Pro Se Ash's name was falsely placed on the government terrorist watchlist by the State of Minnesota. The State of Wisconsin immediately began to reciprocate the harassment and then under the color of law fabricated criminal charges to substantiate and justify the placement on the terrorist watchlist.(See Ash vs State of Wisconsin, 21-cv-317-jdp.), and also to further and continue the



See next page

ongoing harassment still being carried by the state of Wisconsin and Superior Police Department (See Ash vs Superior Police Dept, 22-cv-512-jdp.) denying Pro Se Ash her 6th Amendment right which states

"Accused criminal defendants have a right to a fair trial, a right to an attorney, a right to an impartial jury and a right to see all evidence to be used against you.

Pro Se Ash's 14th Amendment right was denied which states that,

"Nor shall any state deprive any persons of life, liberty or property without due process of the law nor deny any person within its jurisdiction equal protection of the law."

In May of 2022 Pro Se Ash started the build out of Unique Crown Beauty INC. The city of Superior then partnered with the owners Mr and Mrs Kelly Hashey to facilitate the inhumane harassment procedures. Pro Se Ash's entire space was covered in illegal cameras, microphones and electromagnetic radiation. All means of communication were blocked or rerouted to include phone, computer, email, etc. Pro Se Ash was denied any privacy within her own business. After the entrapment sting Darcie LaFlamme was added to the audio harassment and is still participating on every level of the ongoing harassment. Pro Se Ash receives death threats openly in public from random participants and is aware of the live streaming of her entire harassment process. Judge Kelly Thimm, Chad LaLor, Officer Todd Carlson, under the color of law conspired with Darcie LaFlamme to further injure Pro Se Ash's 14th Amendment Rights and to keep the harassment protocol in place. This will surely continue while incarcerated as Pro Se Ash has already been advised of the States intentions via death threats. Pro Se Ash ask for the

The intervention of the District Court again, as the harassment is ongoing and is literally inhumane. This case is intended to bring harm to Pro se Ash for exposing illegal activities.


See next page,

Wisconsin stat 808.07(2)(a)

Authority of court to grant relief pending appeal

(A) During the pendency of appeal the appellant court may

1. Stay execution

2. Suspend, modify, restore, restore an

injunction

or

3. Make any order appropriate to preserve the existing state of affairs or the effectiveness

of the Judgment subsequently entered.

Attachment B

Pro Se Ash has previously sought appellate intervention twice in prior case filings(see Ash vs State of Wisconsin, 3:21-cv-317-jdp and Ash vs Superior Police Dept, 3:22-cv-512-jdp) due to the extreme amount of illegal harassment involving different levels of state agencies, contract and civilian participation. During the trial loud laughter filled the court room during recess from the judge's chamber multiple times. Intimidation techniques and electrical harassment were used during the entirety of the trial. Pro Se Ash fears for her life as the harassment has increased to unimaginable levels and harassment will surely continue if incarcerated without intervention. This case was intended to entrap Pro Se Ash as retaliation and to silence the whistle blowing efforts to stop the illegal harassment Pro Se Ash has endured. It is impractical to have this case heard in the city of Superior, Wisconsin due to the prosecutorial misconduct and the ongoing harassment from circuit court, law enforcement and paid civilians.

Attachment C

Pro Se Ash has endured inhumane harassment from the state of Wisconsin and Minnesota and never once retaliated but instead sought the intervention of the appellate court. This case is an attempt to stifle the witness with a entrapment sting operation and to cause further damage to the victim by malicious prosecution, false imprisonment, ongoing probation and continued harassment. Pro Se Ash has compose a list of factual procedures used by the state and the outcomes from each amendment violated, 6th and 14th.

Pro Se Ash will surely lose her job and any housing prospects as a result from this prosecutorial misconduct.

The state of Wisconsin proceeded to withhold incriminating exculpatory evidence of the stalking and coercion attack on Pro Se Ash in the parking lot and the entryway of Walmart before the confrontation which would have absolved Pro Se Ash of any wrong doing.

The State then butchered the video tape to make it appear Ms. La Flamme was attempting to flee when in fact she pursued Pro Se Ash.

The State then removed the sound to hide the vulgar interaction of Darcy La Flamme though Walmart has a patented state of the art surveillance system.

The state excluded all prior and current harassment to include police reports, recordings and photos.

The state falsified the video evidence used in trial and did not make it available in discovery.

Pro say Ash has no prior history of endangering the public but instead has serve the public since 2009.

Pro Se Ash's conceal and carry training and permit were excluded

Pro Se Ash's car was vandalized while operating business in which the windshield was cracked and gun permits were stolen from glove box a week prior to sting operation.

Pro Se Ash's conviction from 2005 "wrongfully obtaining assistance" was used to establish criminal behavior worthy of malicious prosecution and sentencing.

Pro Se Ash's lawyer Mr Lance Nelson provided ineffective assistance of counsel in discovery of evidence, jury selection, cross-examination of witnesses and provided no defense other than the falsified evidence presented at trial prompting Pro Se Ash to release him from counsel during the trial.

Pro Se Ash was denied time to find adequate counsel.

The State of Wisconsin provided no proof of Pro Se Ash's conceal and carry status but yet relied on hearsay from Officer Dipuma, a state witness.

Five of the 12 jurors knew the state prosecutor Chad La Lor personally and professionally.

Pro Se Ash had a all white jury, no peers were present.

Pro Se Ash is currently on the Wisconsin registry for her conceal and carry permit.

Jurors openly displayed negative gestures of Pro Se Ash and her testimony.

Pro Se Ash was denied equal protection of her person and her business which led Pro Se Ash afraid to report unusual circumstances.

Pro Se Ash's firearm was confiscated denying her the right to protect herself and her business.

Pro Se Ash's business was illegally entered and gun clip removed from firearm immediately following her first appearance in court.

Pro Se Ash's business was illegally entered several times forcing her to carry her firearm.

Pro Se Ash has never used a firearm on a human despite the severe harassment being forced upon her.

Pro Se Ash's firearm was never revealed during the confrontation.

Pro Se Ash's business was under 24/7 harassment forcing her to dissolve the business.

Pro Se Ash has been denied housing, employment since September 2021.

Pro Se Ash is currently still being harassed by assumed victim (Darcie La Flamme.)

Pro Se Ash is still being harassed while at work, while shopping, while at the gym.

Pro Se Ash is currently being victimized by retaliation and currently cannot access public agencies due to the harassment.

Pro Se Ash will lose current employment needed to obtain housing if forced to incarcerate.

The government watchlist is use by all law enforcement agencies which allows false alerts to be broadcasted in any area she travels.